IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS SALZIDO<br>(TDCJ No. 1613853), | §<br>§<br>§ | |
| Petitioner, | §<br>§ | |
| V. | §<br>§ | No. 3:15-cv-4036-P-BN |
| WILLIAM STEPHENS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institution Division, | §<br>§<br>§<br>§ | |
| Respondent. | §<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

This action is hereby TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 4th day of February, 2016.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE